# OSMAN AXDELL v. THOMAS TONNESSON.[1]

July 1, 1910.

Nos. 16,617—(73).

**Complaint — demurrer.**

A demurrer to a complaint by Osman Axdell in an action to determine the adverse claim of defendant under a docketed judgment against Osman Axtell, which alleged the claim was "unfounded both in fact and in law," was properly overruled. [Reporter.]

Action in the district court for Marshall county brought under section 4424, R. L. 1905, to determine the adverse claim of defendant under a certain judgment against Osman Axtell to certain vacant and unoccupied real estate.· The complaint alleged the adverse claim was unfounded both in law and fact. The defendant interposed a demurrer to the complaint upon the ground that it did not state facts sufficient to constitute a cause of action. From an order, Grindeland, J., overruling the demurrer, defendant appealed. Affirmed.

*Jens L. Lobben,* for appellant.

*Julius J. Olson,* for respondent.

PER CURIAM.

One Osman Axdell, plaintiff and respondent, brought this action against defendant and appellant, alleging that plaintiff owned certain land, defendant had recovered a judgment, fully described, against Osman Axtell, and claimed an adverse estate or interest, which was unfounded in fact or in law. The gist of defendant's demurrer was that plaintiff admits that [defendant] has a claim, and he also admits that such claim is "unfounded, both in fact and in law." Defendant, therefore, had no lien, and plaintiff was entitled to no relief. The similarity in the names "Axdell" and "Axtell" gave rise to the evil of which plaintiff justly and properly complained. The demurrer was properly overruled by the court. Affirmed.